**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JONATHAN TABIN,
                Plaintiff,                Case No. 07-13836
                                                Hon. Anna Diggs Taylor
v.                                                     Magistrate Judge R. Steven Whalen

OFFICER RYAN E. MILLER, et al.,
                Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE'S REPORT AND RECOMMENDATION

      This matter is before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation of December 12, 2008, Granting Defendants' Motion for Summary Judgment [D/E-21].

      The Court has reviewed the file and the Magistrate Judge's Report and Recommendation. No objections have been filed. The Court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

      Therefore, the Court will accept the Magistrate's Report and Recommendation of December 12, 2008 as the findings and conclusions of this Court.

      Accordingly,

      IT IS HEREBY ORDERED that Magistrate Judge Whalen's Report and Recommendation of December 12, 2008 is ACCEPTED and ADOPTED.

      IT IS SO ORDERED.

DATED: January 22, 2009                          **s/Anna Diggs Taylor**
                                                           ANNA DIGGS TAYLOR
                                                           UNITED STATES DISTRICT JUDGE

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on January 22, 2009.

Jonathan Tabin
1105 East Elza Street
Hazel Park, MI 48030                              s/Johnetta M. Curry-Williams
                                                           Case Manager